File No. 0798134045.1-

LAW OFFICES OF RICHARD A.
STEIGER
CAPRI R. STEVENS, ESQUIRE
Identification No. 81029
Two Logan Square
100 N. 18th St., Suite 405
Philadelphia, PA 19103-2707
Telephone:  (215) 557-5665
Fax:  (866) 419-0896
Email:  Capri.Stevens@allstate.com

ATTORNEY FOR DEFENDANT
Allstate Insurance Company

| | |
|---|---|
| ANA MARJANOVIC SHANE<br><br>  Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY<br><br>  Defendant. | COURT OF COMMON PLEAS<br>OF PHILADELPHIA COUNTY<br><br>NO. 260601617 |

**NOTICE OF FILING OF NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. Section 1446(d), the Defendant, Allstate Vehicle and Property

Insurance Company, files herewith a true copy of the Notice of Removal previously filed in the

United States District Court for the Eastern District of Pennsylvania and a true and correct copy

of the Notice to Adverse Parties of Filing of Notice of Removal.

_____
CAPRI R. STEVENS, ESQUIRE
Attorney for Defendant
Allstate Insurance Company

I hereby certify that I have served a copy of this paper upon all other parties or their

attorney of record by regular First-Class mail.

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANA MARJANOVIC SHANE

   Plaintiff,

vs.

ALLSTATE INSURANCE COMPANY

   Defendant.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. sections 1441(a) and 1446, Defendant, Allstate Vehicle and Property Insurance Company, hereby gives notice of removal of this action from the Court of Common Pleas for Philadelphia County Pennsylvania at No. 260601617 to the United States District Court for the Eastern District of Pennsylvania and in support thereof avers as follows:

1.    On June 11, 2026 Plaintiff filed a complaint against Defendant in the Court of Common Pleas of Philadelphia County, Pennsylvania. A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit "A". A current docket sheet for the matter in the Philadelphia Court of Common Pleas is attached as Exhibit "B." Defense counsel was assigned the case on 7-1-26. No affidavit of service was ever filed.

2.    Plaintiff is a natural person who resides at 151 W. Tulpehocken Street, Philadelphia, PA 19144 and is therefore a citizen of the Commonwealth of Pennsylvania.

3. Defendant is an insurance company organized under the law of the State of Illinois, its principal place of business is located at 2775 Sanders Road, Northbrook, IL 60062, and thus Defendant is a citizen of the State of Illinois.

4. Plaintiff's complaint asserts a claim for breach of an insurance contract. Plaintiff's complaint alleges that Defendant breached the contract by failing to pay benefits to Plaintiff.

5. Plaintiff's damage estimate and demand is $175,207.75.

6. The amount in controversy raised by Plaintiff's claim is in excess of $75,000 exclusive of costs and interest.

7. This Court has jurisdiction to hear this case pursuant to 28 U.S.C. §1332 because Plaintiff and Defendant are citizens of different states and the amount in controversy is in excess of $75,000 exclusive of interest and costs.

8. This action is properly and timely removed pursuant to 28 U.S.C.§1441(a) and in accordance with the requirements of28 U.S.C. §1446.

9. In accordance with 28 U.S.C. §1446(d), Defendant is concurrently providing notice to the Court of Common Pleas for Philadelphia County, Pennsylvania and to all parties of the removal of this matter. (Exhibit C)

**WHEREFORE,** Defendant, Allstate Vehicle and Property Insurance Company, hereby removes the above action now pending in the Court of Common Pleas of Philadelphia County, Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania.

CAPRI R. STEVENS, ESQUIRE
ATTORNEY ID#: 81029
Attorney for Defendant
Allstate Insurance Company
Law Offices of Richard A. Steiger
Allstate Insurance Company
Two Logan Square
100 N. 18th St., Suite 405
Philadelphia, PA 19103
Direct: 215-557-5665
Cell: 484-987-4657
Capri.stevens@allstate.com
Date: July 7, 2026

3

# Exhibit "A"

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**JUNE 2026**

E-Filing Number: 2606029575

**01617**

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| ANA MARJANOVIC SHANE | ALLSTATE INSURANCE COMPANY |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 151 WEST TULPEHOCKEN STREET<br>PHILADELPHIA PA 19144 | 3100 SANDERS ROAD SUITE 201<br>NORTHBROOK PA 60062 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 1 | ☒ Complaint    ☐ Petition Action    ☐ Notice of Appeal<br>☐ Writ of Summons    ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☒ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

CASE TYPE AND CODE

10 - CONTRACTS OTHER

STATUTORY BASIS FOR CAUSE OF ACTION

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | **FILED<br>PRO PROTHY**<br><br>JUN **11** 2026<br><br>**B. BALILONIS** | IS CASE SUBJECT TO<br>COORDINATION ORDER?<br>YES          NO |
|---|---|---|

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: ANA MARJANOVIC SHANE

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| KATHLEEN M. PETRONE | 1650 ARCH STREET<br>SUITE 2200<br>PHILADELPHIA PA 19103 |

| PHONE NUMBER | FAX NUMBER |
|---|---|
| (215)971-1000 | none entered |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 330594 | kpetrone@wdblegal.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| *KATHLEEN PETRONE* | Thursday, June 11, 2026, 03:11 pm |

FINAL COPY (Approved by the Prothonotary Clerk)



**WHEELER, DIULIO & BARNABEI, P.C.**
BY: Kathleen Petrone, Esquire
Attorney I.D. No.: 330594
1650 Arch Street, Suite 2200
Philadelphia, PA 19103
Phone: (215) 971-1000
Email: kpetrone@wdblegal.com

MAJOR CASE
JURY TRIAL DEMANDED

| | |
|---|---|
| ANA MARJANOVIC SHANE<br>151 West Tulpehocken Street<br>Philadelphia, PA 19144<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY<br>3100 Sanders Road, Suite 201<br>Northbrook, IL 60062 | COURT OF COMMON PLEAS<br><br>PHILADELPHIA COUNTY<br><br>DOCKET NO. |

## CIVIL ACTION COMPLAINT (1C - Contract)

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the Claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

PHILADELPHIA BAR ASSOCIATION
Lawyer Referral Service
1101 Market St., 11th Floor
Philadelphia, PA 19107-2911
Telephone: 215-238-6333
Fax: 215-238-1159

### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO. VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

ASOCIACION DE LICENCIADOS DE FILADELFIA
Servicio De Referencia E Informacion Legal
1101 Market Street, 11th Floor
Filadelfia, Pennsylvania 19107
(215) 238-6333

Case ID: 260601617

MAJOR CASE
JURY TRIAL DEMANDED

**WHEELER, DIULIO & BARNABEI, P.C.**
BY: Kathleen Petrone, Esquire                                    Attorney for Plaintiff
Attorney I.D. No.: 330594
1650 Arch Street, Suite 2200
Philadelphia, PA 19103
Phone: (215) 971-1000
Email: kpetrone@wdblegal.com

| | |
|---|---|
| ANA MARJANOVIC SHANE<br>151 West Tulpehocken Street<br>Philadelphia, PA 19144<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY<br>3100 Sanders Road, Suite 201<br>Northbrook, IL 60062 | COURT OF COMMON PLEAS<br><br>PHILADELPHIA COUNTY<br><br><br>DOCKET NO. |

### CIVIL ACTION COMPLAINT (1C - Contract)

1.     Plaintiff, Ana Marjanovic Shane, ("Plaintiff") is an adult individual residing at the address set forth above.

2.     Defendant, Allstate Insurance Company, ("Defendant") is a corporation duly organized and existing which is authorized to conduct business as an insurance company within the Commonwealth of Pennsylvania and maintains a place of business for that purpose at the address set forth above and regularly issues policies of insurance within the City and County of Philadelphia.

3.     Defendant, in its regular course of business, issued to Plaintiff a policy of insurance ("the Policy") covering Plaintiff's property located at 151 W Tulpehocken St, Philadelphia, PA 19144 ("the Property").   A true and correct copy of the declarations page of said policy is attached hereto and incorporated herein as Exhibit "A."

Case ID: 260601617

4.      On or about June 19, 2025, while the Policy was in full force and effect, Plaintiff suffered direct physical loss and damage to the insured Property believed to be the result of a peril insured against under the Policy, resulting in damage to the insured premises and those areas and to the extent set forth in the preliminary estimate of loss, a true and correct copy of which is attached hereto, and made part hereof and marked Exhibit "B."

5.      Notice of this covered loss was given to Defendant in a prompt and timely manner, and Plaintiff, at all relevant times, fully complied with all of the terms and conditions required by the Policy.

6.      Defendant, despite demand for benefits under the Policy, has refused, without legal justification or cause, and continues to refuse, to pay to Plaintiff monies owed for the damages suffered as a result of the Loss.

7.      Solely as a result of Defendant's failure and refusal to pay benefits to Plaintiff as required under the Policy, Plaintiff has suffered loss and damage in an amount in excess of $50,000.00.

## COUNT I
### In Assumpsit - Breach of Contract

8.      Plaintiff incorporates by reference the facts and allegations contained in the foregoing paragraphs as though fully set forth hereinafter at length.

9.      Defendant is obligated by the terms of the contract to indemnify Plaintiff's loss.

10.      Despite submission of reasonable proof and demand for full and complete payment with respect to Plaintiff's loss, Defendant has not paid to Plaintiff all of the policy benefits to which Plaintiff is entitled under the Policy and has refused to provide funds sufficient to bring Plaintiff's property to pre-loss condition.

11.      Defendant's denial of coverage was made without a reasonable basis in fact.

12.    Defendant's refusal to indemnify Plaintiff's loss constitutes a breach of the insurance contract.

**WHEREFORE**, Plaintiff demands judgment against Defendant in an amount in excess of $50,000.00 together with interest and court costs.

WHEELER, DIULIO, & BARNABEI, P.C.

BY:   /s/  Kathleen Petrone
          KATHLEEN PETRONE, Esquire
          Attorney for Plaintiff

Case ID: 260601617

## <u>VERIFICATION</u>

I, Kathleen Petrone, counsel for Plaintiff, verify that the statements contained in the foregoing document are true and correct to the best of my knowledge, information and belief, and are made subject to the penalties of 18 Pa.C.S.  §4904, relating to unsworn falsification to authorities.

WHEELER, DIULIO, & BARNABEI, P.C.

BY:   */s/  Kathleen Petrone*
       KATHLEEN PETRONE, Esquire
       Attorney for Plaintiff

Case ID: 260601617

## <u>VERIFICATION</u>

The undersigned hereby states that he/she is the plaintiff in this action and that the statements of fact made in the foregoing document are true and correct to the best of his/her information and belief. The undersigned understands that the statements herein are made subject to the penalties of 18 Pa. Cons. Stat. Ann. § 4904 relating to unsworn falsification to authorities.

*Ana Marjanovic-Shane*

_____

Ana Marjanovic

DATE: ___05 / 06 / 2026___

Case ID: 260601617

Doc ID: c003eabdfb5f430899fe073a9d0cd10715e5d2cd

# Exhibit "B"

2

Court of Common Pleas - Civil
# Civil Docket Report

🛒 No Items in Cart    🔒 Log In

A $5 Convenience fee will be added to the transaction at checkout.

< New Search

 ## Case Description

| | |
|---|---|
| **Case ID:** | 260601617 |
| **Case Caption:** | MARJANOVIC SHANE VS ALLSTATE INSURANCE COMPANY |
| **Filing Date:** | Thursday , June 11th, 2026 |
| **Court:** | MAJOR JURY-EXPEDITED |
| **Location:** | CITY HALL |
| **Jury:** | JURY |
| **Case Type:** | CONTRACTS OTHER |
| **Status:** | WAITING TO LIST CASE MGMT CONF |

## Related Cases

No related cases were found.

## Case Event Schedule

No case events were found.

## Case Motions

No case motions were found.

1/3

## 👤 Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | PETRONE, KATHLEEN M |
| **Address:** 1650 ARCH STREET SUITE 2200 PHILADELPHIA PA 19103 (215)971-1000 kpetrone@wdblegal.com | | **Aliases:** | *none* | |
| | | | | |
| 2 | 1 | | PLAINTIFF | MARJANOVIC SHANE, ANA |
| **Address:** 151 WEST TULPEHOCKEN STREET PHILADELPHIA PA 19144 | | **Aliases:** | *none* | |
| | | | | |
| 3 | | | DEFENDANT | ALLSTATE INSURANCE COMPANY |
| **Address:** 3100 SANDERS ROAD SUITE 201 NORTHBROOK PA 60062 | | **Aliases:** | *none* | |
| | | | | |
| 4 | | | TEAM LEADER | BRIGHT, GWENDOLYN N |
| **Address:** 1206 STOUT CENTER FOR C.J. 1301 FILBERT ST. PHILADELPHIA PA 19107 | | **Aliases:** | *none* | |

## 📕 Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount |
|---|---|---|---|
| 11-JUN-2026 03:11 PM | ACTIVE CASE | | |
| **Docket Entry:** | E-Filing Number: 2606029575 | | |
| | | | |
| 11-JUN-2026 03:11 PM | COMMENCEMENT CIVIL ACTION JURY | PETRONE, KATHLEEN M | |
| **Documents:** | 📄 *Click link(s) to preview/purchase the documents* Final Cover | | 🛒 Add All to Cart |
| **Docket Entry:** | *none.* | | |
| | | | |
| 11-JUN-2026 03:11 PM | COMPLAINT FILED NOTICE GIVEN | PETRONE, KATHLEEN M | |

| Documents: | 📄 *Click link(s) to preview/purchase the documents*<br>[Complaint - Marjanovic.pdf](#) | 🛒 Add All to Cart |
|---|---|---|

| Docket Entry: | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. | |
|---|---|---|

| 11-JUN-2026<br>03:11 PM | JURY TRIAL PERFECTED | PETRONE, KATHLEEN M | |
|---|---|---|---|
| **Docket Entry:** | 12 JURORS REQUESTED. | | |

| 11-JUN-2026<br>03:11 PM | WAITING TO LIST CASE MGMT CONF | PETRONE, KATHLEEN M | |
|---|---|---|---|
| **Docket Entry:** | *none.* | | |

^ Go to Top



🏠 Philadelphia Courts

Questions regarding cases listed on this site can be directed to the Trial Division - Civil Administration at ✉️ civiladminsupport@courts.phila.gov and 📞 (215) 686-8326 or the Office of Judicial Records - Civil at ✉️ OJRCivil@courts.phila.gov and 📞 (215) 686-6652.

User Accepts/Agrees to [Disclaimer](#).

3/3

3

# Exhibit "C"

3

| ANA MARJANOVIC SHANE | COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY |
|---|---|
| Plaintiff, | NO. 260601617 |
| vs. | |
| ALLSTATE INSURANCE COMPANY | |
| Defendant. | |

### NOTICE OF FILING OF NOTICE OF REMOVAL

Pursuant to 28 U.S.C. Section 1446(d), the Defendant, Allstate Vehicle and Property Insurance Company, files herewith a true copy of the Notice of Removal previously filed in the United States District Court for the Eastern District of Pennsylvania and a true and correct copy of the Notice to Adverse Parties of Filing of Notice of Removal.

*Capri R Stevens*

_____
CAPRI R. STEVENS, ESQUIRE
Attorney for Defendant
Allstate Insurance Company

I hereby certify that I have served a copy of this paper upon all other parties or their attorney of record by regular First-Class mail.

File No. 0798134045.1-

LAW OFFICES OF RICHARD A.
STEIGER
CAPRI R. STEVENS, ESQUIRE
Identification No. 81029
Two Logan Square
100 N. 18th St., Suite 405
Philadelphia, PA 19103-2707
Telephone:  (215) 557-5665
Fax:  (866) 419-0896
Email:  Capri.Stevens@allstate.com

ATTORNEY FOR DEFENDANT
Allstate Insurance Company

| | |
|---|---|
| ANA MARJANOVIC SHANE<br><br>   Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY<br><br>   Defendant. | COURT OF COMMON PLEAS<br>OF PHILADELPHIA COUNTY<br><br>NO. 260601617 |

**NOTICE TO ADVERSE PARTIES OF FILING OF NOTICE OF REMOVAL**

Please take notice that the Defendant, Allstate Vehicle and Property Insurance Company, on December 24, 2025, filed in the United States District Court for the Eastern District of Pennsylvania, a Notice of Removal of the above entitled cause from the Court of Common Pleas of Philadelphia County, a copy of which is attached to this Notice, thus effecting removal of the above entitled cause to the District Court in accordance with 28 U.S.C. Section 1446(d).

_____
CAPRI R. STEVENS, ESQUIRE
Attorney for Defendant
Allstate Insurance Company

Date: July 7, 2026

## CERTIFICATE OF SERVICE

I, Capri R. Stevens, Esquire, attorney for Defendant, Allstate Insurance Company, hereby certify that a true and correct copy of the foregoing Notice of Removal was served via first-class mail, postage pre-paid, upon the following on the date below upon the following counsel of record:

_Capri R Stevens_

_____
CAPRI R. STEVENS, ESQUIRE
Attorney for Defendant
Allstate Insurance Company

# Exhibit "A"

# Exhibit "B"

3

# Exhibit "C"

3